IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

ROBERT WALL, #13965-052                                    PLAINTIFF

VERSUS                                    CIVIL ACTION NO. 5:09cv50-DCB-MTP

MS. BENDER, et al.                                    DEFENDANTS


**FINAL JUDGMENT**

This cause is before the court, <u>sua</u> <u>sponte</u>, for consideration of dismissal. Pursuant to the

Memorandum Opinion and Order issued this day, it is hereby, ORDERED AND ADJUDGED

that this cause be dismissed without prejudice for failure to comply with the orders of this court.

SO ORDERED AND ADJUDGED, this the ___18th___ day of November, 2009.


                              ___s/ David Bramlette_____
                              UNITED STATES DISTRICT JUDGE